| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) SEGAL, SUZANNE H. | 2. Court or Organization US DIST CRT-CENTRAL DIST CA | 3. Date of Report 08/17/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE-FULL-TIME | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

7. Chambers or Office Address

ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET, NO 5100
LOS ANGELES, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #1 |
| 2. | CO-TRUSTEE | TRUST #2 |
| 3. | CO-TRUSTEE | TRUST #3 |
| 4. | CO-TRUSTEE | TRUST #4 |
| 5. | TRUSTEE | TRUST #6 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | UC, LOS ANGELES, TEACHING INCOME | $2,797.00 |
| 2. | 2017 | LOYOLA MARYMOUNT UNIVERSITY, TEACHING INCOME | $2,200.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | STATE OF CALIFORNIA |
| 2. | 2017 | UNIVERSITY OF SOUTHERN CALIFORNIA, TEACHING INCOME |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | July 5, 2017 | New York City, NY | Panel speaker | Hotel, airfare and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SEGAL, SUZANNE H.** | 08/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | N | T | | | | | |
| 3. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | E | Dividend | N | T | | | | | |
| 4. -CALIFORNIA ST FOR PREVIOUS ISS GO BONDS | A | Interest | K | T | | | | | |
| 5. -SANTA MARIA BONITA CALIF SCH D COPS BOND | A | Interest | K | T | | | | | |
| 6. -CALIFORNIA ST PUB WKS BRD LEASE REV BOND 2014A | A | Interest | K | T | | | | | |
| 7. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCT | A | Dividend | K | T | | | | | |
| 8. -MALIBU CA CTFS PARTN BOND | A | Interest | K | T | | | | | |
| 9. -JOHNSON CNTY KANS UNI SCH DIST BOND | A | Interest | K | T | | | | | |
| 10. -CALIFORNIA ST VETERANS GO (FKA CALIFORNIA ST FOR PREVIOUS ISSUE) BOND | A | Interest | K | T | | | | | |
| 11. -TENNESSEE HSG DEV AGY RESIDENTIAL FIN BOND | A | Interest | | | Sold | 10/13/17 | K | A | |
| 12. -US TREASURY BILLS ZERO CPN | A | Interest | | | Matured | 03/16/17 | K | A | |
| 13. -OXNARD CALIF SCH DIST GO REF BOND | A | Interest | K | T | Buy | 01/01/17 | K | | |
| 14. -SAN FRANCISCO CALIF BAY AREA RAPID TRANSIT BOND | A | Interest | K | T | Buy | 05/11/17 | K | | |
| 15. US BANK INTEREST CHECKING | A | Interest | J | T | | | | | |
| 16. US BANK STANDARD CHECKING | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. US BANK INTEREST CHECKING | | None | J | T | | | | | |
| 18. SOUTHLAND CREDIT UNION SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 19. SOUTHLAND CREDIT UNION CERTIFICATE ACCOUNT | A | Interest | K | T | | | | | |
| 20. AMERICAN ELECTRIC POWER CO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. TRUST #1 (H) | | | | | | | | | |
| 23. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | Buy (add'l) | 03/01/17 | J | | |
| 24. | | | | | Sold (part) | 09/28/17 | J | A | |
| 25. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | L | T | | | | | |
| 26. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | K | T | | | | | |
| 27. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 28. TRUST #2 (H) | | | | | | | | | |
| 29. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | Buy (add'l) | 03/01/17 | J | | |
| 30. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | M | T | | | | | |
| 31. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | L | T | | | | | |
| 32. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. TRUST #3 (H) | | | | | | | | | |
| 34. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | |
| 35. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | K | T | Sold (part) | 01/05/17 | J | B | |
| 36. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | | | | | |
| 37. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 38. TRUST #4 (H) | | | | | | | | | |
| 39. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | D | Dividend | M | T | Buy (add'l) | 03/01/17 | J | | |
| 40. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | D | Dividend | M | T | | | | | |
| 41. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | C | Dividend | L | T | | | | | |
| 42. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 43. TRUST #5 (H) | | | | | | | | | |
| 44. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | C | Dividend | L | T | Buy (add'l) | 03/01/17 | J | | |
| 45. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FD INSTL CL | C | Dividend | L | T | | | | | |
| 46. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | B | Dividend | K | T | | | | | |
| 47. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |
| 48. INDIVIDUAL RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -MORGAN STANLEY PRIVATE BANK NA (FKA LIQUID ASSET FUND) | A | Interest | K | T | | | | | |
| 50. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES VARIABLE ANNUITY (H) | | | | | | | | | |
| 51. -VY JPMORGAN EMERGING MARKETS EQUITY | A | Dividend | J | T | | | | | |
| 52. -VY (FKA DIVERSIFIED) MID CAP OPPORTUNITIES PORTFOLIO | A | Dividend | J | T | | | | | |
| 53. -VY T. ROWE PRICE CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 54. -VY CLARION REAL ESTATE PORTFOLIO | A | Dividend | J | T | | | | | |
| 55. -VOYA LARGE CAP VALUE PORFOLIO | A | Dividend | J | T | | | | | |
| 56. -VOYA INTERNATIONAL INDEX PORTFOLIO | A | Dividend | J | T | | | | | |
| 57. -INVESCO DIVERSIFIED DIVIDEND A | A | Dividend | J | T | | | | | |
| 58. INDIVIDUAL RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 59. -NEUBERGER BERMAN SOCIALLY RESPONSIVE FUND INVESTOR CLASS | E | Dividend | N | T | | | | | |
| 60. -NEUBERGER & BERMAN EQUITY FDS EQUITY INCOME FUND INSTL CL | D | Dividend | M | T | | | | | |
| 61. -NEUBERGER & BERMAN EQUITY FD GUARDIAN FD INSTL CL | E | Dividend | N | T | | | | | |
| 62. -DREYFUS GOVERNMENT CASH MGMT MONEY MARKET ACCOUNT | A | Dividend | L | T | | | | | |
| 63. -NY CITY TRANSITIONAL FIN BOND | B | Interest | K | T | | | | | |
| 64. -TENNESSEE ST GO BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. -GEORGIA ST GO BOND | A | Interest | K | T | | | | | |
| 66. -JEA FLA BULK PWR SUPPLY SYS REV BOND | B | Interest | K | T | | | | | |
| 67. -ILLINOIS ST GO BOND | A | Interest | K | T | | | | | |
| 68. -NEW YORK GO BOND | B | Interest | K | T | | | | | |
| 69. -AUSTIN TEXAS PUB IMPT BOND | B | Interest | K | T | | | | | |
| 70. -CALIFORNIA ST GO BOND | B | Interest | K | T | | | | | |
| 71. -VIRGINIA COLLEGE BLDG AUTH BOND | B | Interest | K | T | | | | | |
| 72. -WILMINGTON DEL GO BOND | A | Interest | K | T | | | | | |
| 73. -CONNECTICUT ST GO BOND | A | Interest | K | T | | | | | |
| 74. -COLUMBUS OHIO VARIOUS PURP LTD TAX BOND | A | Interest | K | T | | | | | |
| 75. -NEW YORK ST DORM AUTH REVS BOND | A | Interest | K | T | | | | | |
| 76. -RANCHO CALIF WTR DIST FING AUTH REV BOND | A | Interest | K | T | | | | | |
| 77. -ARKANSAS ST GO TAXABLE REF BOND | A | Interest | K | T | | | | | |
| 78. -MET GOVT NASHVILLE & DAVIDSON CNTY TENN BOND | A | Interest | K | T | | | | | |
| 79. -NEW HAMPSHIRE ST GO CAP IMPT BOND | A | Interest | K | T | | | | | |
| 80. -US TREASURY BILLS ZERO CPN | A | Interest | | | Matured | 05/18/17 | K | A | |
| 81. -US TREASURY BILLS ZERO CPN 5/17/2018 | A | Interest | K | T | Buy | 11/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. 0.23737% INTEREST IN MS & K REALTY CO | A | Distribution | | | Closed | 12/31/17 | J | | |
| 83. CHASE BANK CASH ACCOUNTS | | None | K | T | | | | | |
| 84. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 85. -FIDELITY ASSET MANAGER 50% FUND | A | Dividend | J | T | Sold (part) | 07/31/17 | J | | |
| 86. -FIDELITY STRATEGIC DIVIDEND & INCOME FUND | A | Dividend | J | T | | | | | |
| 87. MORGAN STANLEY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 88. -MORGAN STANLEY BANK NA (FORMERLY LIQUID ASSET FUND) | A | Interest | J | T | | | | | |
| 89. -VOYA FINANCIAL ING GOLDENSELECT OPPORTUNITIES ANNUITY (H) | | | | | | | | | |
| 90. -VY T. ROWE PRICE CAPITAL APPRECIATION | A | Dividend | J | T | | | | | |
| 91. -VY INVESCO GROWTH AND INCOME PORTFOLIO | A | Dividend | J | T | | | | | |
| 92. FIDELITY INVESTMENT ACCOUNT (H) | | | | | | | | | |
| 93. -FIDELITY GOVERNMENT MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 94. -FIDELITY CALIFORNIA MUNI MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 95. TRUST #6 (H) | | | | | | | | | |
| 96. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | M | T | Open | 07/14/17 | L | | |
| 97. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 10/23/17 | K | | |
| 99. -NEUBERGER BERMAN SHT DURATION BOND INSTL MUTAL FUND | A | Dividend | K | T | Buy | 10/24/17 | K | | |
| 100. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 101. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | L | T | Open | 10/23/17 | M | | |
| 102. -NEUBERGER BERMAN SHT DURATION BOND INSTL MUTUAL FUND | A | Dividend | M | T | Buy | 10/24/17 | M | | |
| 103. INDIVIDUAL RETIREMENT ACCOUNT #3 (H) (X) | | | | | | | | | |
| 104. -BAIRD SHORT TERM BD FD INSTL MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 105. -OPPENHEIMER INTERNTL GROTHW CL I MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 106. -ARTISAN MID CAP VALUE FUND ADVISOR MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 107. -BLACKROCK TOTAL RET CL K MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | | |
| 108. -BRIDGEWAY BLUE CHIP 35 INDEX MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 109. -BUFFALO MID CAP MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 110. -DODGE & COX INTERNATL STOCK MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 111. -DODGE & COX STOCK MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 112. -NORTHERN SMALL CAP VALUE MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 113. -PIMCO REAL RETURN BOND INSTL CLASS MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 114. -PRIMECAP ODYSSEY STOCK MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 115. -T ROWE PRICE BLUE CHIP GRWTH CL MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 116. -T ROWE PRICE EMERG MARKETS STOCK MUTUAL FUND (X) | | None | | | Sold | 10/24/17 | J | A | |
| 117. -T ROWE PRICE FLOATING RATE MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 118. -T ROWE PRICE EQUITY INCOME CL MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 119. -TCW EMERGING MKTS INCOME CL MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 120. -TEMPLETON GLOBAL BOND ADVISOR CLASS MUTUAL FUND (X) | A | Dividend | | | Sold | 10/24/17 | J | A | |
| 121. -DREYFUS GOVERNMENT CASH MGMT ADMIN MONEY MARKET ACCOUNT | A | Dividend | J | T | Open | 10/23/17 | J | | |
| 122. -NEUBERGER BERMAN EQUITY INCOME INSTL MUTUAL FUND | A | Dividend | K | T | Buy | 10/25/17 | K | | |
| 123. -NEUBERGER BERMAN GUARDIAN FD INSTL CL MUTUAL FUND | B | Dividend | K | T | Buy | 10/25/17 | J | | |
| 124. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 125. - NEUBERGER BERMAN SOC RESPONSIVE INSTL MUTUAL FUND | B | Dividend | K | T | Buy | 10/25/17 | J | | |
| 126. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 127. FIRST REPUBLIC BANK CASH ACCOUNT (X) | A | Interest | | | Closed | 07/14/17 | L | | |
| 128. US BANK CASH ACCOUNT (X) | A | Interest | | | Closed | 07/26/17 | K | | |
| 129. ELI LILLY & COMPANY COMMON STOCK (X) | A | Dividend | | | Sold | 07/26/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 130. METLIFE INC COMMON STOCK (X) | A | Dividend | | | Sold | 08/15/17 | J | A | |
| 131. DWS CROCI US FUND CL S (X) | | None | | | Sold | 08/25/17 | K | B | |
| 132. FIRST REPUBLIC BANK CASH ACCOUNT (X) | A | Interest | | | Closed | 09/20/17 | L | | |
| 133. US BANK CASH ACCOUNT (X) | A | Interest | | | Closed | 12/15/17 | M | | |
| 134. US BANK CASH ACCOUNT (X) | A | Interest | | | Closed | 12/26/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEGAL, SUZANNE H. | 08/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) PART VII, LINE 103 THROUGH 120 AND LINES 127 THROUGH 134 - THESE ASSETS WERE INHERITED IN 2017

2) PART IV, ITEM 1 WAS INADVERTENTLY OMITTED FROM THE REPORT AS ORIGINALLY FILED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUZANNE H. SEGAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544